UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DEAUNTAE SHEHEE, | ) Case No. CV 20-4945-JGB (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Respondent's motion to dismiss is granted in part, the Petition's third ground is dismissed as unexhausted, and Respondent must file an answer to the Petition's remaining two claims no later than 45 days from the date of this Order.

DATED: December 14, 2020

JESUS G. BERNAL
U.S. DISTRICT JUDGE